IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTINE M. FINNEGAN | ) | Case No.: 1:21-cv-341 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| JAMES MENDRICK, et al. | ) ) | Honorable Judge Steven C. Seeger |
| Defendants. | ) | |

### SUPPLEMENTAL DECLARATION OF NURY MARCELO

I, NURY MARCELO, being first duly sworn upon oath, state that I have personal knowledge of the facts set forth herein, that I am competent to testify and if called to testify would state as follows:

1. I am the Health Service Administrator for DuPage County Jail (DCJ). I am a licensed RN, BSN, MSN, NCCHC/CCHP-RN.

2. As the health service administrator at DuPage County Jail, I work in conjunction with the Jails' physicians to provide medical treatment to inmates in DCJ custody, which includes Medication Assisted Treatment (MAT) for inmates suffering from Opiate Use Disorder (OUD) in custody of the Sheriff of DuPage.

3. DCJ physicians have approved Christine Finnegan for receipt of methadone. Her care for said purpose has been transferred to the Stonybrook Clinic. Ms. Finnigan will continue receiving her methadone prescription for the duration of her incarceration so long as she does not develop any health issue which contraindicates continuing methadone treatment.

4. I have read the statements contained in this Declaration. The statements contained in this Declaration are true and correct to the best of my knowledge and belief.

I have read the foregoing and affirm that the facts contained herein are true and correct to the best of my knowledge and belief.

FURTHER DECLARANT SAYETH NAUGHT.

Dated: February 26, 2021

*/s/ Nury Marcelo*
NURY MARCELO